**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel: (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRUCE BEGG, on behalf of himself and all others similarly situated,** | **C.A. No.: 3:20-cv-00891-EMC** |
| **Plaintiff** | **DISMISSAL ORDER** |
| **-against-** | |
| **DAISO CALIFORNIA LLC,** | |
| **Defendant** | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 15, 2020 Notice of Voluntary Dismissal, all claims asserted against Defendant **DAISO CALIFORNIA LLC** in Civil Action No: **3:20-cv-00891-EMC**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in

this action.

**SO ORDERED THIS** _____15th_____ **day of** _____June_____**, 2020.**

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE